**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JOHNY D. CRABTREE, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>JAN X-RAY SERVICES, INC., )<br>a foreign for profit company, )<br>ONEOK, INC., a domestic for profit )<br>company, )<br>)<br>    Defendants. ) | CASE NO. 17-CV-314-GKF-JFJ |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to FED.R.CIV.P. 41(a)(1)(A)(ii), the parties to the above-captioned case hereby stipulate to the dismissal of the case *with prejudice*, with each party to bear his or its own costs and attorneys' fees in connection herewith.

Respectfully submitted,

| | |
|---|---|
| *s/Daniel E. Smolen* | *s/Alan L. Rupe*_____ |
| Daniel E. Smolen, OBA No. 19943 | Alan L. Rupe, OBA#20440 |
| David Bross, OBA No. 31345 | Lewis Brisbois Bisgaard & Smith LLP |
| Lauren G. Lambright, OBA No. 22300 | 1605 N. Waterfront Parkway, Suite 150 |
| Smolen, Smolen & Roytman | Wichita, KS 67206 |
| 701 S Cincinnati Ave | alan.rupe@lewisbrisbois.com |
| Tulsa, OK  74119 | ***Attorneys for Defendant*** |
| Telephone (918) 585-2667 | ***Jan X-Ray Services, Inc.*** |
| Facsimile (918) 585-2669 | |
| danielsmolen@ssrok.com | *s/ Courtney Bru*\*_____ |
| davidbross@ssrok.com | Courtney Bru, OBA #21115 |
| laurenlambright@ssrok.com | McAfee & Taft, P.C. |
| ***Attorneys for Plaintiff*** | 2 West Second Street, Suite 1100 |
| | Tulsa, Oklahoma 74103 |
| | courtney.bru@mcafeetaft.com |
| | ***Attorneys for Defendant ONEOK, Inc***. |

*\* Signed by filing attorney with permission of counsel*